IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50406
Conference Calendar
_____


GLEN C. JAMES,

                                    Plaintiff-Appellant,


versus


WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,
in his individual and official capacity;
MICHAEL B. DAVIS, in his individual and
official capacity; MAURICE NEWCOMB, in his
individual and official capacity; DENNIS
L. SERATTE, in his individual and official
capacity,

                                    Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CV-248
- - - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Texas prisoner Glen C. James, #660410, appeals the district

court's dismissal, as frivolous, of his civil rights claims.

James attempts to incorporate by reference the arguments which

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

were presented to the district court.  He may not do so.  <u>See</u>

<u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).  Because

James has failed to brief any issues on appeal, he has abandoned

any issues raised in the district court.  <u>See</u> <u>Evans v. City of</u>

<u>Marlin, Tex.</u>, 986 F.2d 104, 106 n.1 (5th Cir. 1993). Accordingly,

James' appeal is DISMISSED AS FRIVOLOUS.  <u>See</u> 5th Cir. R. 42.2.

This court has previously warned James of the possibility of

sanctions for filing frivolous lawsuits.  Accordingly, James is

barred from filing any pro se, in forma pauperis, civil appeal in

this court, or any pro se, in forma pauperis, initial civil

pleading in any court which is subject to this court's

jurisdiction, without the advance written permission of a judge

of the forum court or of this court; the clerk of this court and

the clerks of all federal district courts in this Circuit are

directed to return to James, unfiled, any attempted submission

inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.